**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| RUTH E. INLOW and RAYMOND D. INLOW, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:20-cv-156-TWP-DML ) |
| J.B. HUNT TRANSPORT, INC. and THOMAS P. OSTAVITZ, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiffs, Ruth E. Inlow and Raymond D. Inlow, by counsel, and Defendants, J.B. Hunt Transport, Inc. and Thomas P. Ostavitz, by counsel, having filed their joint stipulation of dismissal with prejudice, and the Court having reviewed the same, hereby APPROVES the joint stipulation of dismissal.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs Ruth E. Inlow and Raymond D. Inlow, in the above-referenced cause of action, are hereby dismissed as to all Defendants, with prejudice, and with all parties bearing their own costs.

Date: 7/6/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

COPIES TO: all counsel of record

{Firm/30001/00098/03111649.DOC }